USDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 6/17/08

**MEMO ENDORSED** 6-5-08

To whom it may concern:

My name is Eulalia Rodriguez case number is 07CV3988 KMK I'm writting because I recieved a letter from Jessica T Cohen assistant Corporation counsel that she wants my case dismissed I don't know why I did everything that was asked of me I even sent a letter a couple of months ago stating what do I have to do next.

I am no longer at Bedford Correctional facility I'm at albion Correctional facility which is located in 3595 school state Road albion new york 14411-9399.

I would not like my case dismissed If I have to do something else I would like for you to tell me.

The Clerk of the Court is directed to docket & file this letter.

Thank you
Eulalia Rodriguez